Anthony L. Hall, Esq., Nevada Bar No. 5977
Ricardo Cordova, Esq., Nevada Bar No. 11942
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Tel: (775) 327-3000; Fax: (775) 786-6179
AHall@hollandhart.com
RNCordova@hollandhart.com

*Attorneys for Premier Magnesia, LLC*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MELANIE HARMON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIER MAGNESIA, a foreign limited-liability company; DOE BUSINESS ENTITIES 1-10; and DOE INDIVIDUALS 1-50.<br><br>Defendants. | Case No.: 3:17-cv-00743-MMD-WGC<br><br>**JOINT STIPULATION TO PERMIT FILING OF SECOND AMENDED COMPLAINT TO OMIT DOE DEFENDANTS** |

Pursuant to Rule 15(a)(2), Plaintiff Melanie Harmon ("Harmon") and Defendant Premier Magnesia ("Premier"), by and through their counsel of record, stipulate and agree as follows:

Under Rule 15, a plaintiff may amend a pleading once as a matter of course within 21 days of serving it, or, if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier. In all other cases, a plaintiff may amend a pleading only with the opposing party's consent or with leave of the Court. The parties hereby stipulate and agree that Harmon may file a Second Amended Complaint for the sole purpose of omitting the "Doe Business Entities" and "Doe Individuals" that were included in her Amended Complaint. [*See* ECF No. 3]. Accordingly, Harmon will submit a Second Amended Complaint consistent with the foregoing within 14 days of the Court's approval of this stipulation. Premier will answer or otherwise

///

///

respond to Harmon's Second Amended Complaint within 14 days after service of the Second Amended Complaint.

RESPECTFULLY SUBMITTED.

DATED this 28th day of March, 2018.

*[signature]*
William J. Geddes
THE GEDDES LAW FIRM, P.C.
8600 Technology Way, Suite 107
Reno, Nevada 89521

*Attorney for Plaintiff Melanie Harmon*

DATED this ___ day of March, 2018.

*[signature]*
Anthony L. Hall, Esq.
Ricardo Cordova, Esq.
Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

*Attorneys for Defendant Premier Magnesia*

**IT IS SO ORDERED.**

Dated: March 29, 2018

*[signature]* William G. Cobb
UNITED STATES MAGISTRATE JUDGE

10813248_1